

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-4-2014

# In re: Kenneth Chaplin

Precedential or Non-Precedential: Non-Precedential

Docket No. 14-1059

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"In re: Kenneth Chaplin" (2014). *2014 Decisions.* Paper 368.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/368

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

HLD-007                                                                                           NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1059
_____

IN RE:  KENNETH CHAPLIN,
                                                             Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 90-cr-00238-006 and Civ. No. 97-cv-03029)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 27, 2014

Before:  McKEE, Chief Judge, GARTH and SCIRICA, Circuit Judges

(Opinion filed April 4, 2014)
_____

OPINION
_____

PER CURIAM

     Pro se petitioner, Kenneth Chaplin, has filed a mandamus petition pursuant to 28

U.S.C. § 1651, wherein he seeks to compel the United States District Court for the

Eastern District of Pennsylvania to rule on a motion he filed pursuant to Fed. R. Civ. P.

59(e) wherein he seeks reconsideration of the denial of his Rule 60(b) motion.  Finding

no basis for granting mandamus relief, we will deny the petition.

     From a review of the District Court docket, an order disposing of the

reconsideration motion was entered on March 12, 2014. Accordingly, Chaplin's petition for writ of mandamus seeking to compel the District Court to dispose of his motion is moot. The petition for a writ of mandamus is thus denied.